IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

QUINTEZ ALEXANDER GRAYSON, :
:
    Petitioner, :
:
vs. : CIVIL ACTION 13-0623-WS-M
:
ROBERT NIELSEN, :
:
    Respondent. :

ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this habeas petition be DISMISSED as time-barred. It is further ORDERED that any certificate of appealability filed by Petitioner be DENIED as he is not entitled to appeal *in forma pauperis*.

DONE this 30th day of June, 2014.


                              s/WILLIAM H. STEELE
                              CHIEF UNITED STATES DISTRICT JUDGE